

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-18-00370-CV

## IN RE STATE NATIONAL INSURANCE COMPANY, INC.

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

      Real Party In Interest's Unopposed Motion for Extension of time to file its response to Relator's Petition for Writ of Mandamus is hereby granted. The response is due July 11, 2018.

It is so **ORDERED** on this 25th day of June, 2018.

PER CURIAM

ATTESTED TO: _____
                        KEITH E. HOTTLE,
                        Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-088, styled *State National Insurance Co., Inc. v. Stonehouse Builders, LLC*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Bill R. Palmer presiding.